**Louise Castille MILLER, individually and as tutrix of Alma Marie Miller.**

**No. 50428.**

April 3, 1970.

In re: Louise Castille Miller applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 230 So.2d 417.

Writ refused. We find no error of law in the judgment complained of.

233 So.2d 250

**Mrs. Rita Gay Bazajou HUG**

**v.**

**Jasper J. HUG.**

**No. 50423.**

April 3, 1970.

In re: Rita Gay Bazajou Hug applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 230 So.2d 333.

Writ refused. We find no error of law in the judgment complained of.

LEVY, J., does not participate.

233 So.2d 250

**Sidney JOSEPH, individually and on behalf of his minor son, Roland Joseph,**

**v.**

**Harry A. BOUDREAUX et al.**

**No. 50426.**

April 3, 1970.

In re: Harry A. Boudreaux and Mrs. Agnes L. Boudreaux applying for certiorari, or writ of review to the Court of Appeal, First Circuit, Parish of Lafourche. 230 So. 2d 352.

Writ refused. On the facts found by the Court of Appeal there is no error of law in its judgment.